UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEBBRIA GREER<br>                    Plaintiff(s)<br>       -v-<br>PFIZER INC<br>                    Defendant(s) | )<br>)<br>)<br>)<br>)        C 05-04486 CRB<br>)<br>) ORDER SETTING INITIAL CASE MANAGEMENT<br>) CONFERENCE<br>)<br>) |

    IT IS HEREBY ORDERED that this action is assigned to the
Honorable Charles R. Breyer.  When serving the complaint or
notice of removal, the plaintiff or removing defendant must
serve on all other parties a copy of this order, the handbook
entitled "Dispute Resolution Procedures in the Northern District
of California" and all other documents specified in Civil Local Rule 4-2.
Counsel must comply with the case schedule listed below unless the
Court otherwise orders.

Counsel and clients must familiarize themselves
with that rule and with the handbook entitled "Dispute Resolution
Procedures in the Northern District of California."

| Date | Event | Governing Rule |
|---|---|---|
| 11/03/2005 | case filed in the N. District of California | |
| 01/13/2006 | Last day to meet and confer re initial<br>disclosures, early settlement, and<br>discovery plan | FRCivP 26(f) |
| 01/27/2006 | Last day to complete initial disclosures<br>or state objection in Rule 26(f) Report,<br>file/serve Case Management Statement, and<br>file/serve Rule 26(f) Report | FRCivP 26(a)(1)<br>Civil L.R.16-9 |
| 02/03/2006 | Case Management Conference in<br>Ctrm. 8, 19th FL,SF at 8:30 AM | Civil L.R. 16-10 |