Attorney for Plaintiff Debbria Greer
Price Ainsworth
Law Offices of Price Ainsworth, P.C.
48 East Avenue
Austin, Texas 78701
512-474-6061

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL Case No. C 05 04486 CRB** **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| Debbria Greer, Plaintiff, vs. Pfizer Inc, et al., Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Debbria Greer and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED:  Aug 29 , 2009      By:_____
                                                                Price Ainsworth
                                                                Law Offices of Price Ainsworth, P.C.
                                                                48 East Avenue
                                                                Austin, Texas 78701
                                                                512-474-6061

                                                                Attorney for Plaintiff, Debbria Greer

-1-

DATED: Oct. 12 , 2009       By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:  10/16/09          _____
Hon. Charles R. Breyer
United States Di...

IT IS SO ORDERED

Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**